**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert Everton RUSHIE, Defendant—Appellant.**

No. 04–6222.

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2004.

Decided: April 8, 2004.

Robert Everton Rushie, Appellant pro se.

Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Everton Rushie appeals a district court order denying his motion to unseal portions of the record in his criminal case. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Rushie*, No. CR–00–396 (M.D.N.C. Jan. 13, 2004).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* To the extent Rushie seeks records that actual-

ly exist, his trial counsel would have copies.